ALABAMA STEEL & WIRE CO. v. BUDWIG & MYERS FIRE BRICK CO.

(Decided April 20, 1916.)

APPEAL from Birmingham City Court.

Heard before Hon. C. W. FERGUSON.

No counsel marked for appellant. KERR & HALEY, for appellee.

Per curiam. Appeal dismissed on motion of appellee.

---

BIRMINGHAM RAILWAY, LIGHT & POWER CO. v. HARRIS.

(Decided April 6, 1916.)

APPEAL from Birmingham City Court.

Heard before Hon. C. W. FERGUSON.

TILLMAN, BRADLEY & MORROW, for appellant. HARSH, HARSH, & HARSH, for appellee.

Per curiam. Appeal dismissed by agreement of parties.

---

BIRMINGHAM RAILWAY, LIGHT & POWER CO. v. VINZANT, ET AL.

(Decided April 18, 1916.)

APPEAL from Birmingham City Court.

Heard before Hon. A. H. ALSTON.

TILLMAN, BRADLEY & MORROW, for appellant. BEDDOW & OBERDORFER, for appellee.

Per curiam. Appeal dismissed by agreement of parties.

---

CONSUMERS COAL & FUEL CO. v. DAVIS, ET AL.

(Decided April 20, 1916.)

APPEAL from Walker Chancery Court.

Heard before Hon. A. H. BENNERS.

No counsel for appellant. DAVIS & FITE, for appellee.

Per curiam. Appeal dismissed on motion.

---

COOK v. LAMB, ET AL.

(Decided April 20, 1916.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROW.

No counsel marked for appellant. TILLMAN, BRADLEY & MORROW, and CHARLES E. RICE, for appellee.

Per curiam. Appeal dismissed on motion of appellee.